*P. Shick* for petitioners.  *Mr. William McK. Rutter* for respondents.

No. 289.  HENDRICKSON, TRUSTEE, *v.* CHASE NATIONAL BANK.  October 11, 1937.  The motion to substitute Emanuel Weitz, present trustee of Archibald M. Henry, Bankrupt, as the party petitioner herein in place of Charles E. Hendrickson, deceased, is granted.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  MR. JUSTICE ROBERTS took no part in the consideration and decision of this application.  *Mr. Saul Nemser* for petitioner.  *Mr. Paul D. Miller* for respondent.

No. 44.  GILLONS ET AL. *v.* SHELL COMPANY.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Messrs. John L. McNab* and *Raymond I. Blakeslee* for petitioners.  *Mr. Charles M. Fryer* for respondent.

No. 46.  RAMSEY *v.* CALIFORNIA.  October 11, 1937.  Petition for writ of certiorari to the Supreme Court of California denied.  *Mr. Melvin M. Belli* for petitioner.  No appearance for respondent.

No. 47.  EIDE *v.* UNITED STATES.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Alvin Gerlack* for petitioner.  *Solicitor General Reed,* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.